

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00155-CR

Juan **KELA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 623424
Honorable Wayne Christian, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 26, 2021.

_____
Patricia O. Alvarez, Justice